# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT
_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand nineteen.

Present:  RALPH K. WINTER
JOSÉ A. CABRANES,
REENA RAGGI,
*Circuit Judges*

_____

State of New York *et al*.,

*Plaintiffs-Appellees,*

**ORDER**

v.                                            19-267-(L); 19-275(con)

United States Department of Justice *et al*.,

*Defendants-Appellants.*

_____

The parties are requested to submit supplemental briefs of no more than fifteen double-spaced typed pages on the following issues:

First, whether Plaintiffs' challenges to the FY17 JAG conditions remain justiciable in light of a report that, as "a result of a stay issued by the 7th Circuit on June 26, 2018, [DOJ] has now processed the majority of the state, local and tribal FY17 JAG awards." *Important Updates*, OFFICE OF JUSTICE PROGRAMS, https://www.bja.gov/jag.

Second, whether 34 U.S.C. § 10153(A)(4) (requiring "[a]n assurance that, for each fiscal year covered by an application, the applicant shall maintain and report such data, records, and information (programmatic and financial) as the Attorney General may reasonably require") provides a statutory basis for any of the challenged conditions.

1

Appellants' brief shall be filed on or before Friday, July 19, 2019, and Appellees' brief shall be filed on or before Friday July 26, 2019.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court